## Fourth Department, January, 1937.

### (January 6, 1937.)

In the Matter of the Application of CORNELIUS SENECA, JR.— Order reversed on the law, without costs, and motion granted vacating the injunction and dismissing the proceeding, without costs, on the ground that the provisions of section 333 of the Election Law, under which this proceeding was brought, have no application to an Indian election held pursuant to section 42 of the Indian Law. All concur. (The order denies motion to vacate an injunction and for other relief.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

MICHELE MANGIONE, Respondent, v. GENERAL RAILWAY SIGNAL COMPANY, Appellant.— Motion for a reargument granted. [See 248 App. Div. 847.] Present — Sears, P. J., Edgcomb, Crosby and Lewis, JJ. [See, also, Chippona v. General Railway Signal Co., ante, p. 255; post, p. 926.]

HENRY L. F. TREBERT, JR., Plaintiff, v. THOMAS E. LUNT and Others, Defendants. — Motion for reargument or leave to appeal to the Court of Appeals dismissed upon stipulation. Present — Sears, P. J., Edgcomb, Thompson and Crosby, JJ.

MAYFLOWER APARTMENTS, INCORPORATED, Respondent, v. PAUL V. SHEEHAN, Appellant.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 712.] Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of FRED S. WITHEY, an Attorney at Law.— Issues referred to Hon. Arthur E. Sutherland, official referee, in place of Hon. John S. Lambert, official referee, deceased. Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.

In the Matter of RALPH E. BIRCHER, an Attorney at Law.— Order of reference entered. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of FREDERICK W. COIT, an Attorney at Law.— Order of reference entered. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the APPOINTMENT OF OFFICIAL REFEREES.— Hon. Harry L. Taylor and Hon. Willis K. Gillette are appointed official referees of the Supreme Court.

In the Matter of the APPOINTMENT OF EXAMINING BOARD to Investigate the Operation of the Jury System in the County of Erie, Pursuant to the Provisions of Section 9 of Chapter 369 of the Laws of 1895.— Examining board appointed as follows: Rumsey Wheeler, Esq., chairman; Lawrence E. Coffey, Esq., and Robert W. McNulty, Esq.

### (January 13, 1937.)

MONROE LAND CORPORATION, Respondent, v. HARRY GRIFFITH, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the motion papers show an unreasonable neglect to proceed in the action against the defendant under the terms of section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice. All concur. (The order denies motion to dismiss complaint for failure to prosecute in an action to foreclose two land contracts.) Present — Sears, P. J., Edgcomb, Crosby, Lewis and Cunningham, JJ.